PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00069-JAM |
| Plaintiff, | **STIPULATION REGARDING SENTENCING; ORDER** |
| v. | |
| YAN CHEN, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on September 12, 2023.  *See* Docs. 7 and 8.  By this stipulation, the parties now move to re-set the matter for sentencing on January 23, 2024, and request that the Court set the following schedule:

a)      A draft PSR shall be filed by the probation officer on or before November 28, 2023;

b)      Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before December 12, 2023;

c)      A final PSR shall be filed by the probation officer on or before December 19, 2023;

d)      Formal objections to, and motions for correction of, the PSR shall be filed on or

1    before January 9, 2024;

2         e)    Replies to objections to, and motions for correction of, the PSR shall be filed on

3    or before January 16, 2024;

4         f)    Sentencing memoranda shall be filed on or before January 16, 2024.

5

6    IT IS SO STIPULATED.

7

8    Dated:  September 7, 2023                    PHILLIP A. TALBERT
                                                   Acting United States Attorney
9

10                                                 /s/ ROGER YANG
                                                   ROGER YANG
11                                                 Assistant United States Attorney

12

13

14   Dated:  September 7, 2023                    /s/ SHAWN SALEHIEH
                                                   SHAWN SALEHIEH
15                                                 Counsel for Defendant
                                                   YAN CHEN
16

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

**ORDER**

2      This matter is hereby **SET** for judgment and sentencing on **January 23, 2024, at 09:00 a.m.**

3 The parties shall appear before the Court at that date and time.  The Court hereby **ADOPTS** the

4 following schedule:

5          1.      A draft PSR shall be filed by the probation officer on or before November 28, 2023;

6          2.      Informal objections to the presentence investigation report ("PSR") shall be sent to the

7 assigned probation officer and the opposing party on or before December 12, 2023;

8          3.      A final PSR shall be filed by the probation officer on or before December 19, 2023;

9          4.      Formal objections to, and motions for correction of, the PSR shall be filed on or before

10 January 9, 2024;

11          5.      Replies to objections to, and motions for correction of, the PSR shall be filed on or before

12 January 16, 2024;

13          6.      Sentencing memoranda shall be filed on or before January 16, 2024.

14          IT IS SO ORDERED.

15

16 Dated: September 07, 2023                   /s/ John A. Mendez
                                              _____
17                                            THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28