Shawn S. Salehieh SBN 169637
Presidio Law Group APC
1160 Battery Street, Suite 100
San Francisco, CA 94111
Phone: (415)-225-6353
shawn@presidiolaw.com

Attorney for Defendant
YAN CHEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>YAN CHEN,<br><br>                Defendant. | CASE NO.  2:23-cr-00069-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>DATE: October 22, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

      Defendant Yan Chen by and through its counsel of record is requesting a continuance of her sentencing hearing which is presently set for October 22, 2024. AUSA Roger Yang, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance.  Counsel for Defendant needs additional time to explain aspects of the pre-sentence report with the aid of an interpreter and to otherwise prepare the defendant for sentencing.

The Parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

      **Judgment and Sentencing** Date: **March 11, 2025, at 09:00 a.m.**

      Reply, or Statement of Non-Opposition: **March 4, 2025.**

      Formal Objections to the Presentence Report shall be filed with the Court and served
      on the Probation Officer and Opposing counsel no later than: **February 25, 2025.**

      The Final Revised Presentence Report shall be filed with the court and disclosed to
      counsel no later than **February 18, 2025.**

**STIPULATION AND ORDER**        1

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **February 11, 2025.**

The draft Presentence Report was previously disclosed: **September 11, 2024.**

| | |
|---|---|
| Dated: October 6, 2024 | /s/SHAWN S. SALEHIEH<br>SHAWN S. SALEHIEH<br>Counsel for Defendant<br>Yan Chen |
| Dated: October 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ROGER YANG<br>ROGER YANG<br>Assistant United States Attorney |

# ORDER

IT IS SO ORDERED.

Dated: October 10, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**                    2