MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00069-JAM |
|---|---|
| Plaintiff, | **FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | DATE: March 11, 2025 |
| YAN CHEN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

AUSA Roger Yang, on behalf of the United States Attorney's Office, is requesting a continuance of defendant Yan Chen's sentencing hearing that is presently set for March 11, 2025 to **May 20, 2025, at 09:00 a.m.** Defendant Yan Chen by and through her counsel of record, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties anticipate supplemental filings that will assist the Court and have a material effect on sentencing.

Dated: February 28, 2025        /s/SHAWN S. SALEHIEH
                                SHAWN S. SALEHIEH
                                Counsel for Defendant
                                Yan Chen

Dated: February 28, 2025        MICHELE BECKWITH
                                Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 03, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE