1  MICHELE BECKWITH
   Acting United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:23-cr-00069-JAM

                        Plaintiff,        **ORDER SEALING DOCUMENTS AS SET
12                                         FORTH IN GOVERNMENT'S NOTICE**

13              v.

   YAN CHEN,
14
                        Defendant.
15

16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's four-page sentencing memorandum

19 pertaining to defendant YAN CHEN, and government's Request to Seal shall be **SEALED** until further

20 order of this Court.

21       It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25 the government's request, sealing the government's motion serves a compelling interest. The Court

26 further finds that, in the absence of closure, the compelling interests identified by the

27 / / /

28 / / /

   ORDER SEALING DOCUMENTS AS SET FORTH IN              1
   GOVERNMENT'S NOTICE

1  government would be harmed. In light of the public filing of its request to seal, the Court further finds

2  that there are no additional alternatives to sealing the government's motion that would adequately

3  protect the compelling interests identified by the government.

4

5    Dated: May 14, 2025                                    /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ

6                                               SENIOR UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

2