**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER RE VOLUNTARY SURRENDER** |
|    Plaintiff, | |
|     v. | Case No.: 2:23-cr-00069-JAM |
| YAN CHEN, | |
|    Defendant. | |

Defendant YAN CHEN, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, before **12:00 PM** on **July 29, 2025.**  The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

1

1    The Court reserves jurisdiction over this matter and will
2  only change the date or time of voluntary surrender upon motion
3  of either the defendant or the government with good cause
4  appearing.

5    The Clerk is **DIRECTED** to serve the United States Marshal's
6  Service with a copy of this order.
7  IT IS SO ORDERED.

8
9  Dated: May 20, 2025              /s/ John A. Mendez
                                    ───────────────────────────────
10                                  THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE