ERIC GRANT
United States Attorney
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YAN CHEN,<br><br>        Defendant. | 2:23-cr-00069-JAM<br><br>**STIPULATION AND ORDER FOR FINAL ORDER OF FORFEITURE** |

IT IS HEREBY STIPULATED, by and between the United States of America and defendant Yan Chen, to consent to the entry of a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1).

1.    The United States hereby incorporates by reference, as though fully set forth herein, the Stipulation and Preliminary Order of Forfeiture filed on May 19, 2025. *See* ECF No. 33.   In the Preliminary Order, the Court entered a forfeiture money judgment of $1,152,963.00 against defendant Yan Chen, which the defendant agreed to satisfy by selling two properties: 7466 Villajoy Way in Sacramento, California, and 15160 E. Ave South in Llano, California. *Id*.  The parties contemplated that the net proceeds from the sale of those two properties would fully satisfy the money judgment imposed against defendant Yan Chen, even if the total net proceeds ended up less than the money judgment amount listed in the Stipulation and Preliminary Order of Forfeiture. *Id*.

1

Stipulation and Order for Final Order of Forfeiture

2.      The United States has since agreed to accept defendant Yan Chen's proposal to pay a lump sum of $290,000.00 in lieu of forfeiting the two real properties discussed above—7466 Villajoy Way and 15160 E. Ave South.   All of defendant Yan Chen's right, title, and interest in the $290,000.00 payment to satisfy the personal money judgment shall be forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1).

3.      The $290,000.00 payment shall fully satisfy the personal money judgment entered against defendant Yan Chen concerning the amount of money involved in her admission of guilt to one count of violating 18 U.S.C. § 1956(h).

4.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  A payment of $290,000.00 is due within 30 days from entry of this Final Order of Forfeiture.  The $290,000.00 must be delivered to the U.S. Attorney's Office and will be used to entirely satisfy the $1,152,963.00 personal money judgment described above.

Dated:  6/1/2026

ERIC GRANT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: May 28, 2026

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Yan Chen

(Authorized by email)

2

Stipulation and Order for Final Order of Forfeiture

## **ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby **ADOPTED** and **APPROVED**, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn:  Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  A payment of $290,000.00 is due within 30 days from entry of this Final Order of Forfeiture and will be used to entirely satisfy the $1,152,963.00 personal money judgment described above.  All right, title, and interest of Yan Chen in the $290,000.00 payment to fully satisfy the personal money judgment shall be forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1) and disposed of according to law.

SO ORDERED.

Dated: June 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order for Final Order of Forfeiture